# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: West Worldwide Services, Inc. v. Genie Industries, Inc. Docket No.: 26-1113

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mark Carta

Firm: Carta, McAlister & Moore, LLC

Address: 777 Post Road, Suite 201, Darien, CT 06820

Telephone: 203-202-3131 Fax: ______

E-mail: MCarta@cmm-law.com

Appearance for: West Worldwide Services, Inc. / Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______)
(name/firm)

☑ Additional counsel (co-counsel with: R. Scott Johnson & Kelcy Whitaker / Fredrikson & Byron, P.A.)
(name/firm)

☐ Amicus (in support of: ______)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ______ OR

☐ I applied for admission on ______.

Signature of Counsel: M.R. Carta

Type or Print Name: Mark Carta