# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: West Worldwide Services, Inc. v. Genie Industries, Inc. Docket No.: 26-1113

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kelcy Whitaker

Firm: Fredrikson & Byron, P.A.

Address: 111 East Grand Avenue, Suite 301, Des Moines, IA 50309

Telephone: 515-242-8979 Fax:

E-mail: kwhitaker@fredlaw.com

**Appearance for:** West Worldwide Services, Inc./Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: R. Scott Johnson/Fredrikson & Byron, P.A.)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ____________________ OR

☑ I applied for admission on May 8, 2026.

Signature of Counsel: [signature]

Type or Print Name: Kelcy Whitaker