# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: West Worldwide Services, Inc. v. Genie Industries, Inc. Docket No.: 26-1113

Lead Counsel of Record (name/firm) or Pro se Party (name): Robert Scott Johnson, Fredrikson & Byron, P.A.
111, East Grand Avenue, Suite 301, Des Moines, IA 50309, 515-242-8930

Appearance for (party/designation): Appellant, West Worldwide Services, Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: __________
( ) Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone: Fax:
Email:

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on May 11, 2026 OR that ( ) I applied for admission on __________ or renewal on __________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Robert Scott Johnson
Type or Print Name: Robert Scott Johnson
OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.